COLUMBUS BAR ASSOCIATION *v.* OSIPOW.

[Cite as *Columbus Bar Assn. v. Osipow* (1994), 68 Ohio St.3d 338.]

(No. 93–1741—Submitted November 16, 1993—Decided February 23, 1994.)

*Roetzel & Andress* and *E. Joel Wesp;* and *Bruce A. Campbell,* for relator.
*Randall A. Osipow, pro se.*

*Per Curiam.* We agree with the board's findings and conclusions. However, respondent's repeated instances of fraud and deceit upon his clients and his

employer, for his own personal benefit, warrant a more severe punishment than a one-year suspension. Accordingly, we order that respondent be suspended indefinitely from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents, adopts the recommendation of the board, and would suspend respondent from the practice of law for one year.